In the Matter of the Judicial Settlement of the Accounts of JAMES W. EGAN, as Executor, etc., of HANNAH EGAN MURPHY, Deceased.— Motion to dismiss appeal denied, without costs.

ALICE W. RAMSDORF, Appellant, v. JOHN B. HIGGINS, as Marshal of the City Court of Buffalo, Respondent.— Motion to dismiss appeal denied, without costs.

ARTHUR J. STICKNEY, Appellant, v. HIGH SPEED HAMMER CO., INC., Respondent.— Motion granted and appeal dismissed.

HAROLD MUMA, Respondent, v. STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

BENJAMIN F. MILSON, Respondent, v. KISSELL MOTOR CAR COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

MARGARET A. CORDNER Respondent, v. INTERNATIONAL RAILWAY COMPANY Appellant.— Appeal dismissed, without costs, upon stipulation filed.

IDA LORICH, Respondent, v. STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

L. E. OSBORN COMPANY, Respondent, v. JOHN C. KENNEDY, Appellant.— Motion to dismiss appeal granted, unless appellant file and serve printed papers on appeal by the eleventh day of March, and be ready to argue appeal on the seventeenth day of March.

HELEN BUSCHALEWSKI, Administrators, etc., Respondent, v. DIRECTOR-GENERAL OF RAILROADS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIE RAILROAD COMPANY, Respondent, v. FRANK WILDY and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

MARY KEOGH, as Administratrix, etc., Respondent, v. SOUTH BUFFALO RAILWAY Co., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant, v. CITY OF BUFFALO and Others, Respondents.—Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Application of THE SYRACUSE AND SUBURBAN RAILROAD COMPANY for the Appointment of Three Commissioners to Determine Whether Its Railroad Ought to Be Constructed and Operated in Pine Street between East Genesee Street and East Fayette Street in the City of Syracuse, N. Y.— Report of commissioners confirmed. Fees of commissioners fixed at the sum of $150 each, in accordance with the stipulation of the petitioner in open court.

In the Matter of EDMUND L. RYAN, an Attorney and Counselor at Law.— Disbarment proceedings now pending referred to Hon. William E. Scripture, official referee, in place of Hon. Warren B. Hooker, deceased.